and Another, Respondents.— Motion for leave to appeal denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

GEORGE FLATOW, Appellant, v. McCABE & SHEERAN MACHINERY CORPORATION and Another, Respondents.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

GEORGE FLATOW, Appellant, v. McCABE & SHEERAN MACHINERY CORPORATION and Another, Respondents.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

In the Matter of the Petition of WILLIAM P. ZWILLING and Another for the Judicial Construction of the Last Will and Testament of MARGARET K. ROOKER, Deceased.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

MOSES B. BESENETTE, Respondent, v. CHARLES B. BESENETTE and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

MARTIN D. BUCKLEY, INCORPORATED, Appellant, v. E. B. VAN ATTA & COMPANY, INCORPORATED, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

GIACINTA AGNELLO, as Administratrix, etc., of DOMINIC AGNELLO, Deceased, Appellant, v. BUFFALO COURIER, INCORPORATED, and Another, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

HENRY D. GALBRAITH, Respondent, v. BUFFALO VEGETABLE MARKETING COMPANY, INCORPORATED, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

STEPHEN GALANIS, Respondent, v. PHILIP SIMON, Appellant.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

In the Matter of the Application of FRANK TUBIOLA to Be Let into Possession of Real Property.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

ANTHONY BONTAMASE, by JOSEPH BONTAMASE, His Guardian ad Litem, Respondent, v. FREDERICK J. LATOUR and Another, a Copartnership, etc., Appellants.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

BATAVIA TIMES PUBLISHING COMPANY, Respondent, v. RICHARD A. HALL, Appellant.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES C. INGRAM and Another, Appellants.— Application for leave to present appeal on typewritten